IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 25-82 |
| MARK ANTHONY TUCCI | | |
| USM 56630-511 | | |

# NOTICE OF HEARING

Take notice that the defendant is scheduled for a **change of plea hearing** on **August 21, 2025,** at **2:00 p.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**


For additional information, please contact the undersigned.

By: Christian J. Henry, Courtroom Deputy to J. McHugh
Phone: 267.299.7307

Date: 8/13/2025

cc via U.S. Mail: Defendant: Mark Anthony Tucci
cc via email: Defense Counsel: Douglas Stern
Assistant U.S. Attorneys: Jeanette Kang, Samuel Kuhn
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)